UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GLOBAL MEDIA NETWORK,<br><br>                       Plaintiff,<br><br>      -against-<br><br>AMAZON MUSIC,<br><br>                      Defendant. | 25 CIVIL 0373 (LTS)<br><br>CIVIL JUDGMENT |

For the reasons stated in the March 20, 2025, order, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:   March 20, 2025
             New York, New York

                                                 /s/ Laura Taylor Swain
                                               LAURA TAYLOR SWAIN
                                          Chief United States District Judge